# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEE ROBERTS,<br><br>　　　　　Petitioner,<br><br>v.<br><br>TOM FELKER, Warden, et al.,<br><br>　　　　　Respondents.<br>_____/ | 1:07-CV-1197-AWI- TAG  (HC)<br><br>**ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS**<br><br>(Doc. 2) |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

　　　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

Dated:　**August 28, 2007**　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE