UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEE ROBERTS,<br><br>        Petitioner,<br><br>  vs.<br><br>TOM FELKER, et al,<br><br>        Respondents.<br>_____/ | 1:07-cv-01197-AWI-TAG  (HC)<br><br>ORDER DENYING SECOND MOTION<br>FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 16) |

      Previously, on May 8, 2008, Petitioner sought appointment of counsel (Doc. 14), and on May 16, 2008, the Court denied said motion. (Doc. 15). On May 21, 2008, Petitioner has once again requested the appointment of counsel. (Doc. 16). As the Court indicated in the previous order denying counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice would be fruthered by the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that Petitioner's second request for appointment of counsel (Doc. 16), is DENIED.

IT IS SO ORDERED.

Dated: **May 22, 2008**                                **/s/ Theresa A. Goldner**
                                                                         UNITED STATES MAGISTRATE JUDGE