IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEE ROBERTS,<br><br>                              Petitioner,<br><br>      v.<br><br>TOM FELKER, Warden, et al.,<br><br>                              Respondents. | 1:07-cv-01197-AWI-TAG HC<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME (Doc. 18); ORDER DIRECTING RESPONSE TO BE FILED BY JULY 23, 2008** |

On June 19, 2008, Respondent filed a motion for extension of time in which to file a response to the petition, alleging the press of counsel's case load has prevented counsel from filing the response by the date ordered by the Court. (Doc. 18). GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's motion for extension of time (Doc. 18), is GRANTED. Respondent's responsive pleading shall be filed on or before July 23, 2008.

IT IS SO ORDERED.

Dated:   **June 19, 2008**                                          /s/ Theresa A. Goldner
                                                                                    UNITED STATES MAGISTRATE JUDGE