IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD LEE ROBERTS,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**TOM FELKER, Warden, et al.,**<br><br>　　　　　　　　　　　　Respondents. | 1:07-cv-01197-AWI-TAG HC<br><br>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME<br><br>(Doc. 22) |

　　　　On July 22, 2008, Respondent filed an application for an extension of time to file a response to the instant petition for writ of habeas corpus. (Doc. 22). The Court has read and considered the the application and finds that good cause exists to grant the application.

　　　　Accordingly, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before August 22, 2008.

IT IS SO ORDERED.

Dated:  **July 23, 2008**　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE