IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEE ROBERTS,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>TOM FELKER, Warden, et al.,<br><br>　　　　　　　Respondents. | 1:07-cv-01197-AWI-TAG (HC)<br><br>ORDER GRANTING RESPONDENT'S THIRD MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(Doc. 29) |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before September 22, 2008.

IT IS SO ORDERED.

Dated:　**September 12, 2008**　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE