# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| HOWARD L. ROBERTS,<br><br>  Petitioner,<br><br>vs.<br><br>FELKER, Warden, et. al,<br><br>  Respondents. | Civil No.   07-cv-1197-JLS (POR)<br><br>**ORDER DENYING RECONSIDERATION FOR APPOINTMENT OF COUNSEL AS MOOT**<br><br>**[Document No. 44]** |

    On June 19, 2009, Petitioner, a state prisoner proceeding *pro se*, filed a Motion for Reconsideration of Appointment of Counsel.  (Doc. 44.)  Petitioner contends the Court incorrectly denied his Motion for Appointment of Counsel on June 9, 2009.  (Doc. 41.)  On June 18, 2009, the Honorable Janis L. Sammartino denied Petitioner's Petition for Writ of Habeas Corpus with Prejudice.  (Doc. 42.)  On July 17, 2009, Petitioner filed his Notice of Appeal.  (Doc. 47.)

    In light of Petitioner's appeal to the Ninth Circuit in this case, the Court no longer has jurisdiction to decide his Motion for Reconsideration of Appointment of Counsel.  (Doc. 44.)

//

//

1 | Based thereon, the Court hereby DENIES Petitioner's Motion for Reconsideration of Appointment of
2 | Counsel as moot.  Petitioner shall direct any future motions directly to the Ninth Circuit.
3 | **IT IS SO ORDERED.**
4 | DATED: July 27, 2009

_Louisa Porter_
LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable Janis L. Sammartino
       all parties